United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

MIGUEL PAEZ-RENGIFO,

Defendant.

Case No. 3:21-cr-00437-CRB-1

**ORDER RECALLING WARRANT OF ARREST**

The Court hereby recalls the Warrant of Arrest for Miguel Paez-Rengifo issued on September 30, 2026.

**IT IS SO ORDERED.**

Dated: October 29, 2026



CHARLES R. BREYER
United States District Judge